■ In the Matter of MUNICIPAL HOUSING AUTHORITY OF THE CITY OF UTICA, NEW YORK, Respondent, v. JOSEPHINE RUFFINI, Appellant, et al., Defendants.— Appeal unanimously dismissed, without costs as academic. (Appeal from order of Oneida County Court, denying defendant's motion for leave to renew and reargue plaintiff's motion to abandon and discontinue the condemnation proceedings.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.